AO 106 (Rev. 04/10) Application for a Search Warrant                AUTHORIZED AND APPROVED/DATE  s:Daniel D. Gridley, Jr. 7/18/2024

# UNITED STATES DISTRICT COURT

for the

Western District of Oklahoma

In the Matter of the Search of                )
*(Briefly describe the property to be searched*     )
*or identify the person by name and address)*       )          Case No. M-24- **568** -SM
Premises known as 11 SW 50th Street, Lawton, Oklahoma  )
73505, surrounding curtilage, and any vehicles, garages, and )
outbuildings thereon                 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

Located in the Western District of Oklahoma, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(a)(1)(A) | Unlawful dealing in firearms |
| 18 U.S.C. § 922(a)(5) | Unlawful transfer of firearms across state lines |
| 18 U.S.C. § 371 | Conspiracy to unlawfully deal in firearms |
| 21 U.S.C. § 841(a)(1) | Manufacturing, possessing, and distributing controlled substances |
| 21 U.S.C. § 846 | Drug conspiracy |
| 21 U.S.C. § 843 | Illegal use of the mail in furtherance of drug trafficking |

The application is based on these facts:

See attached Affidavit of Postal Inspector Jason Bauwens

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days:(_____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Jason Bauwens, Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 19, 2024

_____
*Judge's signature*

City and state:  Oklahoma City, Oklahoma

Suzanne Mitchell, United States Magistrate Judge
*Printed name and title*

## WESTERN DISTRICT OF OKLAHOMA
## OKLAHOMA CITY, OKLAHOMA

STATE OF OKLAHOMA    )
                     )
COUNTY OF COMANCHE )

### AFFIDAVIT

I, Jason Bauwens, United States Postal Inspector, being duly sworn, depose and state as follows:

### INTRODUCTION AND OFFICER BACKGROUND

1.    I am a Postal Inspector with the United States Postal Inspection Service ("USPIS"). I am currently assigned to the Sacramento, California field office. My responsibilities include investigating criminal violations of federal and state law, including illegal narcotics, firearms and illicit proceeds being sent through the U.S. Mail; money laundering; robbery and burglary of postal employees and facilities; destruction of government property; theft/possession of stolen U.S. Mail; mail and bank fraud; and identity theft crimes. I am a "Federal law enforcement officer" within the meaning of Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure; that is, a federal law enforcement agent engaged in enforcing criminal laws and authorized to request a search warrant.

2.    I have been employed as a federal law enforcement officer for over 20 years, during which I have graduated from several federal training academies. In 1998, I graduated from the National Park Service Law

Enforcement Academy in Sylva, North Carolina, which was a 10-week police academy. In 2003, I graduated from the National Park Ranger Integrated Police Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia, which was a 16-week police academy. Most recently, I graduated from the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia, which was a 12-week academy. Throughout my career, I have investigated over 1,000 cases involving criminal violations of federal, state, and tribal laws. I have conducted narcotics and firearms investigations for over 10 years and have instructed hundreds of hours of training related to the detection, identification, and investigation of narcotics trafficking. I have testified in various federal and state court proceedings. I have participated in multiple Title III wire intercepts regarding narcotics and firearms trafficking investigations and have worked with numerous confidential sources.

3.     During my training, experience, and interaction with other experienced Postal Inspectors, Task Force Officers, and other drug and firearm trafficking investigators, I have become familiar with the methods employed by drug and firearm traffickers to smuggle, safeguard, store, transport, and distribute drugs and firearms; to collect and conceal drug and firearm-related proceeds; and to communicate with other participants to accomplish such objectives. I have received specialized training and instruction in narcotics and

2

firearm investigation matters including interdiction, detection, money laundering techniques and schemes, and drug and firearm identification. I have participated in and have been the lead investigator of numerous investigations targeting individuals and organizations trafficking marijuana, methamphetamine, heroin, cocaine, LSD, steroids, and other controlled substances, along with proceeds derived from the sales of narcotics. I have led and participated in numerous investigations targeting individuals trafficking firearms, and proceeds derived from the sales of firearms, via the US Mail. I have investigated many drug traffickers and money launderers who utilize the dark web, encrypted message applications, cryptocurrencies, and various other concealing platforms in furtherance of their criminal enterprise. During the course of these investigations, I have become familiar with the manner in which drug and firearm traffickers conduct their illegal operations. I have written many search, seizure, and arrest warrants related to drug and firearms trafficking investigations, drug proceeds investigations, and drug and firearm parcel interdiction.

4.    The information contained in this Affidavit is submitted for the limited purpose of establishing probable cause to secure a search warrant for 11 SW 50th Street, Lawton, Oklahoma 73505 (the **SUBJECT RESIDENCE**), as described further in **Attachment A** (physical description), to include the surrounding curtilage and any vehicles, garages, or outbuildings located

3

thereon, for evidence of violations of 18 U.S.C. § 922(a)(1)(A) (unlawful dealing in firearms), 18 U.S.C. § 922(a)(5) (unlawful transfer of firearms across state lines), 18 U.S.C. § 371 (conspiracy to unlawfully deal in firearms), 21 U.S.C. § 841(a)(1) (manufacturing, possessing, and distributing controlled substances), 21 U.S.C. § 843 (illegal use of the mails in furtherance of drug trafficking), and 21 U.S.C. § 846 (drug conspiracy), as described further in **Attachment B** (description of items to be seized).  Since this Affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause for the requested warrants.

## BACKGROUND REGARDING DRUG CASES

As discussed previously, based on my training, experience, and consultation with other seasoned drug investigators, I am familiar with the *modus operandi* of drug traffickers.  Based on my training and experience, as well as my participation in numerous drug-related investigations, I know the following:

a) I am aware that drug dealers frequently keep assets, records, and documents related to their drug distribution organizations, and monies derived from the sale of illegal narcotics, in their own residences, as well as in safe houses where they are not easily detectable by law enforcement officials conducting investigations.  Further, I am aware that these

individuals will frequently maintain these houses in the name of other individuals, also to avoid detection by law enforcement agencies;

b) I am aware that even though relevant assets, telephones, and properties are often held in alias or third-party names, drug dealers continue to use and exercise dominion and control over them;

c) I am aware that drug dealers often maintain on-hand quantities of currency and drugs in order to finance their ongoing drug business;

d) I am aware that persons who distribute controlled dangerous substances usually keep paraphernalia for manufacturing, packaging, cutting, weighing, and distributing controlled substances at their residence or in other locations where their drug related activities occur;

e) I am aware that drug dealers maintain books, records, receipts, notes, ledgers, airline tickets, money orders, and other papers relating to the transportation, ordering, sale and distribution of controlled substances, even though such documents may be in code. It is particularly common that individuals engaged in drug trafficking will keep ledgers related to their illegal activity because drug dealers commonly "front" drugs (provide controlled substances on consignment) to their clients, and are frequently "fronted" drugs by their own sources of supply as part of their dealing operations;

f) I am aware that the aforementioned books, records, receipts, notes,

ledgers, etc., are commonly maintained where the drug dealers have ready access to them, i.e., homes, automobiles, businesses, and safe houses;

g) I am aware that it is common for drug dealers to conceal contraband, proceeds of drug sales, and records of drug transactions, drug sources and drug customers, in secure locations within residences, garages, storage building, safes, and safety deposit boxes for ready access, and also to conceal such items from law enforcement agencies;

h) I am aware that when drug dealers acquire large sums of proceeds from the sale of drugs, they attempt to legitimize their profits;

i) I am aware that to accomplish these goals, drug dealers utilize, among other things, banks and their attendant services, securities, cashier checks, money drafts, letters of credit, brokerage houses, real estate companies, shell corporations, and business fronts;

j) I am aware that drug dealers commonly maintain addresses or telephone numbers in books or papers which reflect names, addresses, and/or telephone numbers for their associates in the drug dealer's organization, even if said items may be in code;

k) I am aware that drug dealers commonly take photographs (or cause photographs to be taken) of themselves, their associates, their property, and their products, and that these dealers usually maintain these

6

photographs in their possession and at their residence;

l) I am aware that drug dealers often use cell phones in furtherance of their drug-trafficking activities, and that those phones will often contain information—including call logs, text messages, emails, and photos—demonstrating their illicit activities; and

m) I am aware that firearms are commonly used by drug dealers to protect their inventory and currency.

## PROBABLE CAUSE

5.     Between January 2021 and July 2024, law enforcement in California and Oklahoma have been investigating Darrell Daniel ("Daniel"). As discussed below, I believe that Daniel is the leader of a firearm and drug trafficking operation that acquires firearms in Oklahoma and then ships them to California for further distribution and acquires marijuana in California and then ships it to Oklahoma for further distribution.   Daniel lives at the **SUBJECT RESIDENCE** and therefore I am seeking authorization to search his residence for evidence of his drug and firearms trafficking activities.

### Seizure #1 - Modesto, CA - 4 Firearms

6.     In January 2021, while conducting a routine parcel profiling operation, United States Postal Inspectors in Sacramento, California identified and intercepted a parcel mailed from the Duncan, Oklahoma post office destined to an address in Modesto, California, which is located in the Eastern

District of California. The parcel bore a return address of "Frank White, 108 North D Street, Duncan, OK 73533." I conducted a database check using Thomson Reuters CLEAR and determined that there was no person using this name associated with this address. CLEAR is proprietary database that collects records from a variety of sources (e.g. utility records, bank, and cell phone records) and is utilized by law enforcement to research people and addresses. I have used CLEAR throughout my time as a law enforcement officer and have found it to be reliable.

7.      Following the issuance of a federal search warrant for the parcel in the Eastern District of California (2:21-SW-0043-KJN), Inspectors seized four Glock firearms, along with numerous firearm magazines, from the parcel.

**USPS Database and Records Checks**

8.      Based on the parcel seizure, Sacramento Inspectors conducted numerous checks of USPS records and databases and observed a large number of similar parcels related to the seized parcel, were being shipped to additional addresses within the Eastern District of California. Specifically, the parcels were being shipped from multiple Oklahoma post offices in the rural towns of Duncan, Ada, Lawton, Marlow, Lindsay, Davis, and Minco. The parcels typically weighed between two and fifteen pounds, were shipped using USPS Express or Priority Mail service, contained handwritten labels with varying fictitious sender names or addresses and the transactions were conducted

utilizing cash. Based on the records review, Inspectors identified over two dozen similar parcels suspected of containing firearms, firearm accessories and ammunition, shipped by the Oklahoma suspects between June 2020 and January 2021.

9.     Additionally, Sacramento Inspectors observed during a check of the USPS shipping and telecommunication records, the same person conducting tracking inquiries of the suspicious mailings leaving Oklahoma, were also tracking a large number of suspicious parcels that were leaving California and being delivered to multiple addresses in Duncan, Oklahoma. The suspicious parcels were being shipped from the same California cities that were receiving the suspected firearms parcels from Oklahoma. The suspicious parcels were consistent with parcels containing narcotics and/or illicit proceeds, weighed between one and twelve pounds, were shipped using USPS Express or Priority Mail service, contained handwritten labels and the transactions were typically conducted utilizing cash. Based on the records review, Inspectors identified over twenty similar related parcels suspected of containing narcotics and/or illicit proceeds, shipped from the Eastern District of California to Oklahoma between March 2020 and January 2021.

10.     I am aware based on my training and experience, that the Eastern District of California is a source location for multiple types of narcotics and that those narcotics are often shipped via the US Mail and via other mail services,

to other locations throughout the United States, to include the State of Oklahoma. I am also aware that persons receiving narcotics throughout the United States, will often ship payments for the narcotics via the US Mail back to California, including within the Eastern District of California. The payments for the purchased narcotics that are shipped via the US Mail, will often be in the form of cash, money orders or firearms. I am also aware based on my training and experience, that persons residing in California who are engaged in criminal activity, often receive firearms that were purchased in other states, to include the State of Oklahoma, in an effort to obtain the firearms without going through the proper background checks required in California.

## Cable One Inc. Internet Service Provider

11. During USPS telecommunications records checks, your affiant observed a single Internet Protocol ("IP") Address, which belonged to Internet Service Provider ("ISP") Cable One Inc., was often conducting online tracking inquires of the January seized parcel that contained the four firearms (Seizure #1). Additionally, the same IP Address was tracking over two dozen of the other identified suspicious parcels being shipped from California to Oklahoma and Oklahoma to California. Furthermore, during my database checks, I observed the same Cable One IP Address was captured when a customer created their USPS account in November 2020. The following are the details of the customer registered USPS account:

10

USPS Account 1

Username: isanastyy

Name: Isabel Hernandez

Address: 7 N I St, Duncan, OK 73533-6847

Phone: (580) 560-0112

Email: ihern14@yahoo.com

12.     In addition to the above account, I located a second USPS customer created account utilizing the same email address, but with a different name, which according to a search of Thomson Reuters CLEAR, appeared to be fictitious. The following are the details of the second customer registered USPS account:

USPS Account 2

Username: mrlewis580

Name: Jim Lewis

Address: 1820 W Chisholm Dr , Duncan, OK 73533-1708

Phone: (580) 786-8151

Email: ihern14@yahoo.com

13.     Following the USPS records research, I conducted checks of the Thomson Reuters CLEAR database, on the identified Oklahoma addresses which were regularly receiving the suspicious parcels from California, along with the addresses from the USPS customer accounts: 7 North I Street, Duncan,

11

OK 73533; 170436 N 2740 Road, Duncan, OK 73533; and 1820 W Chisholm Dr Duncan, OK 73533. During the CLEAR checks, I identified multiple persons associated with the addresses that had ties to the Duncan addresses, as well as to multiple of the California cities receiving the suspicious parcels from Oklahoma. The four persons were identified as Darrell Anthony Daniel, Isabel Hernandez, and Isaiah Jamal Daniel.

## Oklahoma Suspect and Vehicle Identifications

14.    Around the time of the parcel seizure, your affiant contacted United States Postal Inspector Brian Hess in Oklahoma regarding the initial findings of the investigation. Inspector Hess agreed to assist and verified that none of the US Post Offices in the previously mentioned rural towns of Oklahoma where the packages were being shipped from, have working surveillance camera systems, so no images will exist of the persons mailing the parcels. Inspector Hess additionally contacted the USPS Supervisor of Customer Services ("SCS") located at the Duncan, Oklahoma Post Office and began describing the suspicious parcels in question with him. The USPS SCS immediately advised he was already aware of the customers that mail the suspicious parcels that Inspector Hess was referring to. The USPS SCS stated the parcels are mailed more than one time a week and are typically mailed by a tall, thin black male in his 20s, but on occasion, also by a white or Hispanic female in her 20s, that is slightly overweight, with dark brown hair, and

approximately 5'2" tall. The USPS SCS stated the two customers mail a large volume of Priority and Express parcels destined for California, pay for the transactions in cash and the parcels often use the fictitious sender address of "108 North D Street Duncan Oklahoma," even though it sometimes changes. Inspector Hess requested the USPS SCS to notify him of future mailings by the subjects and to make an attempt to observe what kind of vehicle the subjects arrive in the next time they mail the suspicious parcels.

15.    On January 22, 2021, law enforcement conducted surveillance in the vicinity of 7 North I Street, Duncan, Oklahoma. Inspector Hess specifically observed the delivery of a three-pound parcel that was shipped out of Stockton, California and delivered onto the front porch of the residence. During the surveillance, Inspector Hess observed a maroon Kia sedan (OK LP # KPA208) being driven by an unknown male, arrive, enter into the residence, remove numerous items from the residence and place them into the Maroon Kia before departing without the delivered package. Agents covertly followed the Maroon Kia and observed it making numerous stops before the surveillance was discontinued.

16.    On January 26, 2021, the USPS SCS notified Inspector Hess that the same black male subject previously discussed, came into the Duncan post office and again mailed a Priority Mail parcel destined to an address in Modesto, California (which I confirmed by the tracking number to be the same

13

Modesto address from the previous seizure) and an Express Mail parcel to an address in Brockton, Massachusetts (which later in February was the same address three firearms were seized going to and referenced below as Seizure #2). The USPS SCS observed the male subject arrived and departed the post office driving a "Burgandy Kia sedan."

17.    On January 26, 2021, your affiant reviewed records provided by the internet service provider Cable One Inc., regarding the previously identified IP Address that was tracking Seizure #1 which contained the firearms, along with the other suspicious parcels. As a result, I observed the customer subscriber information for the IP Address was the following:

Account Number: 131758559

Account Creation Date: 08/05/2020

Customer Name: ISABEL Hernandez

Service and Mailing Address: 7 N I ST DUNCAN OK 73533

Phone: 580-560-0112

Email: IHERN14@YAHOO.COM

**Rifle Case Identified Inside Oklahoma Parcel**

18.    On January 28, 2021, while conducting routine profiling at the USPS West Sacramento Processing and Distribution Center, located in the Eastern District of California, USPIS Task Force Officer ("TFO") Moranz observed a parcel that was partially broken open, which contained what he

14

recognized to be a plastic rifle case inside the parcel. TFO Moranz advised based on his training and experience, the length of the parcel and the size and shape of the plastic rifle case he could see inside appeared to be consistent with the type and length used to ship an assault rifle with a shortened stock or barrel. As TFO Moranz was familiar with the previous firearm seizure out of Oklahoma, he took two photos of the parcel but allowed it to continue through the US Mail. TFO Moranz forwarded the photos to your affiant for later review. Based on the parcel photos, your affiant observed the parcel was similar to the other suspicious parcels observed in this investigation. The parcel was mailed from the Marlow, Oklahoma post office, was shipped via Express Mail, and contained a handwritten label that was destined to the same Modesto address as the previous gun seizure. The parcel bore the fictitious sender name and address of "Susan Smith 108 S. First Street Marlow OK. 73055."

## Seizure # 2 - Brockton, Ma - 3 Firearms

19. In February 2021 as a part of this ongoing investigation, your affiant identified a suspicious parcel that was mailed out of the Davis, Oklahoma post office, destined to an address in Brockton, Massachusetts. The Brockton, MA address was the same residential address as that from the identified black male subject driving the Kia sedan during the January 26th mailings. At the request of your affiant, Inspectors in Massachusetts intercepted the parcel. The USPS Priority Mail parcel bore the fictitious sender

15

name and address "Josh Davis 108 First St Marlow, Ok 73055" and was paid for utilizing cash. Following the issuance of a federal search warrant for the parcel in the District of Massachusetts (21-MJ-2054-MBB), Inspectors seized two Glock firearms and one Springfield firearm, along with ammunition and multiple extra capacity magazines.

## Surveillance - Darrell Daniel Positively Identified

20.    On March 4, 2021, in support of the ongoing investigation, law enforcement in Oklahoma conducted surveillance at multiple locations in Duncan, Oklahoma, to include the 7 North I Street address. At approximately 10:31 a.m., law enforcement observed the previously identified Maroon Kia sedan bearing OK LP# KPA208 back out of the garage of the 7 North I Street address and depart the area. Law enforcement initiated mobile surveillance on the Maroon Kia and followed it as it made several stops. At approximately 12:54 p.m., law enforcement initiated a traffic stop on the vehicle for an Oklahoma traffic violation. During the traffic stop, the driver of the Maroon Kia was identified by his Oklahoma Driver's License as Darrell Daniel, along with a male passenger. Daniel was born in 1994, and is a thin black male, approximately 6'3" tall and 150 pounds.

## Seizure #3 - Modesto, CA - 1 Firearm

21.    On March 9, 2021, a USPS mail handling clerk was processing parcels at a Modesto, California post office, located in the Eastern District of

California, when he picked up a parcel that had broken open and he observed a firearm and case had fallen out of the parcel. Your affiant responded to the post office report and took custody of the parcel and associated contents. The parcel was determined to contain one Springfield firearm and multiple magazines. During a review of the parcel, your affiant determined the parcel was mailed from a post office located in Lawton, Oklahoma. The parcel bore the fictitious sender name and address "Jacob Smith 108 S. First St. Marlow Ok. 73055" and was paid for utilizing cash. A later check of USPS telecommunications records determined the same Cable One IP Address made numerous tracking inquiries on this seized parcel as well.

## Seizure #4 - Tulare, CA - 1 Firearm

22.    In May 2021 as a part of this ongoing investigation, your affiant identified a suspicious parcel that was mailed out of the Duncan, Oklahoma post office destined to an address in Tulare, California, which is located in the Eastern District of California. At the request of your affiant, Inspectors in Tulare, California intercepted the parcel. The USPS Priority Mail parcel was similar to the previously identified parcels, was paid for utilizing cash and bore the fictitious sender name and address "Samuel Johnson, 108 First Street, Marlow, OK 73055." Following the issuance of a federal search warrant for the parcel in the Eastern District of California (5:21-SW-00050-JLT), Inspectors seized one loaded Taurus .38 special firearm and a box of ammunition. A later

check of USPS telecommunications records determined that the same Cable One IP Address made numerous tracking inquiries on this seized parcel.

**Seizure #5 - Tulare, CA - 4 Firearms**

23.    In July 2021 as a part of this ongoing investigation, your affiant identified two additional parcels mailed from Oklahoma that were destined to the same Tulare, California address associated with the May firearm seizure. The two parcels contained similar parcel characteristics as the other parcels in this investigation and were mailed out of the Lawton and Marlow Oklahoma post offices.  The writing on the two parcels appeared to be from the same person, yet the parcels were shipped from two separate nearby post offices on the same day.  The sender addresses on the parcels were written as "508 NW Arlington Ave Lawton Ok 73507" and "710 W Wade St Marlow Ok 73055." Neither parcel bore any sender or recipient names. At the request of your affiant, Inspectors in Tulare, California intercepted the two parcels. On July 30, 2021, following the issuance of a federal search warrant for the two parcels in the Eastern District of California (5:21-SW-00074-JLT), Inspectors seized four Glock firearms, numerous magazines and a small amount of ammunition. A later check of USPS telecommunications records determined the same Cable One IP Address tracking the previous seizures, again made numerous tracking inquiries on one of the two seized parcels.

## USPS Customer Service Center Calls

24.    In addition to the IP tracking inquiries on the parcel, I conducted a check of USPS records and observed on July 31, 2021, a customer called into the USPS Customer Service Center regarding one of the Seizure #5 firearm parcels.  The number the customer called in from was logged as (580) 786-8151. During the recorded phone call, in summary, the male customer verbally identified himself as "Franklin Thomas"[1] and advised he was the mailer of the package in question and was requesting an update on the delivery status of the package as it should have arrived already.  The caller stated he was a regular user of the postal service and the last time he mailed a package to this same address in Tulare, California it never got delivered either.  The customer provided a call back number of 580-786-6736 and verified the intended recipient address was the same recipient address as that of the May and July firearm seizures.

25.    Based on the above phone call, I located two additional calls into the USPS Customer Service Center which originated from the same customer phone number ending in 8151.  The two logged phone calls were in October 2020 and the same customer was calling about another missing package, this one destined to the address 170436 N 2740 Road, Duncan, OK 73533.  During the

---

[1] Note: As discussed above, phone number 580-786-8151 was used to register a USPS account in the name of "Jim Lewis."

two recorded phone calls, in summary the caller stated he was an almost daily user of the USPS and stated he uses the USPS about 15 times a week. Even though the caller called from the same phone number ending in 8151 and the caller's voice appeared to be the same male from the July 2021 recorded phone call, this time the caller stated his name was "Thomas Mellow," instead of "Franklin Thomas."

26.    On August 6, 2021, I conducted a search of CLEAR for the two phone numbers associated with the USPS calls. As a result of the search, I observed both phone numbers (ending 8151 and ending 6736) were most recently associated with the same Darrell Daniel previously identified who lived at 7 North I Street, Duncan, Oklahoma.

27.    In addition to the CLEAR search, on August 11, 2021, I conducted a review of AT&T records associated with the two phone numbers ending 8151 and 6736. As a result of the records review, I observed the customer name subscribed to both phones was Darrell Daniel.

**Fingerprint Evidence**

28.    In August 2021 and again in October 2021, I submitted numerous items of firearms and packaging evidence from the seized items to the USPIS Forensic Laboratory for Latent Fingerprint Development and Analysis. As a result, the laboratory analysis resulted in the following suspect identifications:

<u>DARRELL Daniel:</u>

- 1 fingerprint match on one of the Glock gun boxes from the January 2021 Modesto parcel (Seizure #1);

- 2 fingerprint matches on the inner flaps of the Priority box from the February 2021 Massachusetts parcel (Seizure #2);

- 1 fingerprint match on one Glock gun case from inside the February 2021 Massachusetts parcel (Seizure #2);

- 1 fingerprint match on one of the firearm magazines from inside the February 2021 Massachusetts parcel (Seizure #2);

- 7 fingerprint matches on the inner portion of the Priority box from the May 2021 Tulare parcel (Seizure #4);

- 5 fingerprint matches on the Taurus gun box and Taurus paperwork from the May 2021 Tulare parcel (Seizure #4);

<u>ISABEL Hernandez:</u>

- 3 fingerprint matches on the shipping label and adhesive side of the tape from the January 2021 Modesto parcel (Seizure #1);

- 1 fingerprint match on the adhesive side of the tape on the February 2021 Massachusetts parcel (Seizure #2);

- 2 fingerprint matches on the underside of the shipping label on the February Massachusetts parcel (Seizure #2);

ISAIAH Daniel:

- 1 fingerprint match on a firearm magazine from inside the July 2021 Tulare parcel (Seizure #5);

- 2 fingerprint matches on a plastic bag from inside of a Glock gun case from the July 2021 Tulare parcel (Seizure #5);

- 3 fingerprint matches on the underside of the shipping labels and from the July 2021 Tulare parcels (Seizure #5);

- 3 fingerprint matches on the Priority box from inside the July 2021 Tulare parcel (Seizure #5);

## Oklahoma Firearm Trafficking Suspects

29.    Based on open-source social media research, Isabel Hernandez and Darrell Daniel reside together and appear to be actively engaged in a romantic relationship.  Isaiah Daniel appears to be related to Darrell Daniel.

30.    The Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") regulates the licensing of firearms dealers.  According to ATF records, none of the subjects of this investigation (Isabel Hernandez, Darrell Daniel, and Isaiah Daniel) have a federal firearms license.  Accordingly, it is unlawful for any of the subjects of this investigation to transfer a firearm to a person outside the state of Oklahoma.  Pursuant to 18 U.S.C. § 922(a)(5), it is unlawful "for any person [other than a licensed dealer] to transfer, sell, trade, give, or deliver any

firearm to any person . . . who the transferor knows or has reasonable cause to believe does not reside in the State in which the transferor resides."

31.    According to a review of his criminal history record, Darrell Daniel is prohibited from possessing a firearm because he has been convicted of the following felony crimes punishable by a term of imprisonment exceeding one year: California Penal Code § 25850(C)(6) - carrying a loaded firearm while not being the registered owner (2016, felony); and Arizona Statute 13-3405A4 - transport, import, sell or to sell marijuana into the State of Arizona (2019, felony).

32.    In late 2021 and again in late 2022, I received and reviewed firearms purchase and trace records for Isaiah Daniel. Each firearm purchase record, documented Isaiah Daniel's birthdate, driver's license number, as well as his address, which was listed as: 170436 N 2740 Road, Duncan, OK 73533. As a result of the records review, I observed that Isaiah Daniel was the purchaser of multiple firearms that were recovered by law enforcement outside the State of Oklahoma. Furthermore, I also observed Isaiah Daniel made numerous "multiple firearm" purchases, which is defined as two or more firearm purchases made by the same individual within a five-business day period. Based on my training, experience and conversations with other firearms trafficking investigators, I am aware that persons engaged in the unlawful dealing of firearms without a license and who unlawfully transfer

firearms to out of State residents without a license, will often purchase a higher than usual number of firearms for the sole purpose of selling them to another person, often times the same make, models and calibers over a short period of time, and some of the firearms will often be recovered by law enforcement in other states, as is the case with Isaiah Daniel's purchases. Specifically, Isaiah Daniel made the following purchases:

- June 24, 2021: Glock 19X, 9MM
- June 24, 2021: Glock 19X, 9MM .
- June 25, 2021: Glock 19X, 9MM
- June 25, 2021: Glock 20GEN4, 10MM
- June 28, 2021: Glock 33, .357 Caliber
- June 28, 2021: Glock 26GEN4, 9MM (Recovered by police in California)
- June 28, 2021: Glock 33, .357 Caliber
- June 28, 2021: Pioneer Arms Corporation Hellup, 7.62x39 Caliber (Recovered by police in California)
- June 29, 2021: Glock 43, 9MM (Recovered by police in Texas)
- July 8, 2021: Glock 26, 9MM (Recovered in Seizure #5 parcel)
- July 8, 2021: Glock 27, 40 Caliber (Recovered in Seizure #5 parcel)
- April 08, 2022: Glock 29, 10MM (Recovered by police in California)

**Seizure #6 - Duncan, OK - 1,228 grams of Marijuana**

33.    In September 2021, as a part of this ongoing investigation, your affiant identified a parcel mailed from Sacramento, California that was destined to an address associated to both Darrell Daniel and Isaiah Daniel, utilizing the fictitious recipient name of "Franklin Miller" and destined to the address of "1820 W Chisholm Drive, Duncan, Oklahoma." The parcel contained similar parcel characteristics as the other parcels in this investigation which were mailed from California and delivered to the suspect controlled addresses in Oklahoma and suspected of containing narcotics. The parcel was intercepted by Inspectors in Sacramento. On October 19, 2021, following the issuance of a federal search warrant for the parcel in the Eastern District of California (2:21-SW-0805-KJN), Inspectors seized approximately 1,228 grams of field test positive marijuana. A later check of USPS telecommunications records again determined the Cable One IP Address previously identified belonging to Daniel and Hernandez made numerous online tracking inquiries on the parcel. In addition, the USPS Customer Service Call Center received a phone inquiry regarding the seized parcel. The customer call originated from the previously identified phone number belonging to Daniel which ended in 8151.

34.    On October 20, 2021, I conducted a search of the open-source internet records associated with the Oklahoma Secretary of State business filings. As a result of the search, I observed two current Limited Liability

Company (LLC) filings which listed Isabel Hernandez as the registered agent, and listed her address as 7 North I Street, Duncan, Oklahoma. The filings were for the registered business names of "Darmic Farms LLC" and "Darmic Farms Dispensary LLC," both filed in 2020 and showed to be current as of 2021. As of the date of this affidavit the LLC business filings are no longer active. I conducted additional open-source internet and social media research on the business names and observed that DARMIC FARMS is a marijuana dispensary business, with a listed physical store front located at 1718 NW Cache Rd, Lawton, OK 73507. The search of the social media accounts belonging to both Isabel Hernandez and Darrell Daniel, are linked to the DARMIC FARMS social media accounts.

## Seizure #7 - Oakdale, CA - 3 Firearms

35.     In November 2021 as a part of this ongoing investigation, your affiant identified a suspicious parcel that was mailed out of the Marlow, Oklahoma post office destined to an address in Oakdale, California, which is located in the Eastern District of California. US Postal Inspectors in Sacramento intercepted the parcel. The USPS Priority Mail parcel was similar to many of the previously identified parcels, was paid for utilizing cash and bore a fictitious sender name and address in Oklahoma. On November 5, 2021, following the issuance of a federal search warrant for the parcel in the Eastern District of California (2:21-SW-0846-CKD), Inspectors seized the lower

receivers for three Glock 9MM and .40 Caliber firearms, along with numerous gun magazines from the parcel. Following the seizure of the parcel, I conducted a check of USPS records and identified a second parcel mailed from Oklahoma the same day as this seized parcel, which was similar to the other parcels seized in this investigation, that was successfully delivered to a different address in Oakdale, California. Based on my training and experience, I am aware that persons involved in trafficking firearms through the US Mail, will often separate the slides and/or barrels of firearms from the lower receivers of the firearms and mail them in separate parcels to separate addresses, in an attempt to avoid detection from law enforcement and minimize the loss of the entire firearms in the case of a law enforcement interdiction. Based on my review of both parcels, I believe the parcel delivered to the other Oakdale address, contained the barrels and slides associated with the three Glock lower receivers that were seized.

**Seizure #8 - Oakdale, CA - 3 Firearms**

36.    In May 2022, again as a part of this ongoing investigation, your affiant identified two more suspicious parcels that were mailed out of the Duncan, Oklahoma post office destined to another address in Oakdale, California. US Postal Inspectors intercepted the parcels. The USPS priority mail parcels were similar to many of the previously identified parcels, which were paid for utilizing cash, had similar handwriting to the others and bore a

similar fictitious sender name and address in Oklahoma. The USPS Priority Mail parcels bore the fictitious sender name and address "Franklin Miller 108 First St Marlow, Ok 73055." On May 23, 2022, following the issuance of federal search warrants in the Eastern District of California (2:22-SW-0349-JDP and 2:22-SW-0350-JDP) for the two parcels, Inspectors seized one Glock firearm and two Kimber firearms, along with multiple gun magazines from the parcels. A later check of USPS telecommunications records again determined the previously identified Cable One IP Address belonging to Daniel and Hernandez made online tracking inquiries on the seized parcels.

## Darrell Daniel and Isabel Hernandez Change Residences

37.    I conducted a check of USPS databases and observed in December 2022, Isabel Hernandez put in a change of address request with the USPS, requesting to have her mail forwarded from the 7 N I Street, Duncan, OK residence, to her new address of 11 SW 50th Street, Lawton, OK 73505 (the **SUBJECT RESIDENCE**). A further review of USPS records confirmed that Hernandez and Darrell Daniel were both actively receiving mail at the new address in each of their names. Additionally, I observed multiple parcels being mailed from California, similar to the others previously observed in this investigation bearing fictitious recipient names, were now being delivered to the **SUBJECT RESIDENCE**.

38.    On February 7, 2024, Oklahoma law enforcement conducted surveillance in the vicinity of the **SUBJECT RESIDENCE**. During the surveillance, agents observed multiple vehicles parked at the residence, including vehicles registered to Hernandez and Darrell Daniel.  During the surveillance, agents also observed a male appearing to be Darrell Daniel, enter and depart the **SUBJECT RESIDENCE**, as well as driving a white Chrysler 300, which is registered to Darrell Daniel.

39.    In February 2024, I reviewed additional records provided by the Internet Service Provider Cable One Inc. As a result, I observed the following customer subscriber information was associated with the residential internet service provided to the **SUBJECT RESIDENCE**:

- Account Number: 737003

- Account Creation Date: 12/07/2022

- Customer Name: Darrell Daniel

- Service and Mailing Address: 11 SW 50th St, Lawton, OK 73505

- Phone: 580-560-4721

- Email: darredaniel@gmail.com

**Seizure #9 -Marysville and Pinole, CA - 7 Firearms**

40.    On February 13, 2024, again as a part of this ongoing investigation, your affiant identified two more suspicious parcels that were mailed from a contract postal unit located in Lawton, Oklahoma, which were destined to two

different addresses in Northern California, one in the city of Marysville and one in the city of Pinole. US Postal Inspectors intercepted the parcels. The USPS priority mail parcels were similar to many of the previously identified parcels, which were paid for utilizing cash, had similar handwriting to the others and bore fictitious sender and recipient names. On February 20, 2024, following the issuance of federal search warrants in the Eastern District of California (2:24-SW-0182-JDP and 2:24-SW-0182-JDP) for the two parcels, Inspectors seized seven firearms (5 destined to Pinole and 2 destined to Marysville), two of which were reported stolen, along with multiple gun magazines and ammunition from the parcels.

41.    As a part of the investigation into the parcels containing the seven firearms, I contacted Inspector Hess in Oklahoma and notified him of the seized parcels. Inspector Hess travelled to the Lawton contract postal unit where the two seized parcels containing the seven firearms were mailed, to inquire about surveillance video during the time the parcels were mailed. Inspector Hess met with the owner of the business and confirmed there was audio and video surveillance present during the time the two seized parcels containing seven firearms were mailed. Inspector Hess conducted a review of the surveillance video and observed the individual who mailed the parcels containing the seven firearms, matched the appearance of Darrell Daniel. Additionally, Darrell Daniel arrived and departed the post office driving a white Chrysler 300, which

appeared to be the same vehicle registered to Darrell Daniel observed at the **SUBJECT RESIDENCE**.

## GPS Tracking Device Installed on Darrell Daniel's Chrysler 300

42.    On March 5, 2024, to assist with the ongoing investigation, Inspector Hess swore out a federal tracking warrant in the Western District of Oklahoma (24-MJ-198-SM), on the white Chrysler 300 registered to and driven by Darrell Daniel. Investigators in Oklahoma installed a GPS tracking device on Daniel's Chrysler 300 on March 8, 2024. On March 8, 2024, law enforcement also conducted surveillance in the vicinity of the **SUBJECT RESIDENCE**. During the surveillance, Investigators observed Darrell Daniel's Chrysler 300 coming and going from the **SUBJECT RESIDENCE**, being driven by Hernandez.

## Seizure #10 – Duncan, Oklahoma – 1,407 grams of Marijuana

43.    On March 9, 2024, at two different times during the day, two USPS Priority Mail parcels were mailed from the same Post Office located in Walnut Creek, California. Both parcels were destined to the address, 170436 N 2740 Road, Duncan, Oklahoma, which was known to be associated with Darrell Daniel and previously identified in this investigation as receiving suspected narcotics and/or narcotics proceeds parcels from California. The USPS priority mail parcels were similar to many of the previously identified parcels in this investigation. The parcels bore fictitious sender and recipient names and

contained handwritten labels with handwriting similar to others mailed by Darrell Daniel which were seized by law enforcement.  On March 11, 2024, I travelled to the Walnut Creek Post Office and conducted a review of the surveillance video present during the time the parcels were mailed.  During the video review, I observed there was only one working camera at the post office at the time of the mailings.  The camera did not cover the register where each transaction was conducted at but did cover the view of the customer line near the register. During the review, Darrell Daniel was observed entering the post office just before the time of both mailings, carrying boxes that appeared to match the two identified parcels.  Inspector Hess intercepted one of the two parcels and following a positive alert on the parcel by a certified drug detection canine, he obtained a federal search warrant for the parcel in the Western District of Oklahoma (24-MJ-220-AMG).  On March 12, 2024, following the issuance of the federal search warrant, Inspector Hess seized approximately 1,407 grams of suspected marijuana from the parcel.

44.    During reviews of USPS telecommunications records checks related to Seizure #10, your affiant observed T-Mobile IP Addresses were conducting a large number of USPS online tracking inquires of the Seizure #10 parcel which contained the marijuana.  In July 2024, I received records from T-Mobile regarding two of the IP addresses conducting the online tracking inquires.  As a result, I observed the online tracking inquiries originated from T-Mobile cell

phone number 580-458-0905, which I believe to be the new phone number utilized by Darrell Daniel. The customer subscriber listed for the cell phone is Hernandez, with a listed address of the **SUBJECT RESIDENCE**.

45.    On April 11, 2024, Oklahoma Investigators utilized the GPS tracking device installed on Darrell Daniel's Chrysler 300 and conducted surveillance on Darrell Daniel. During the surveillance, Darrell Daniel was observed driving the Chrysler 300 on multiple occasions. During the surveillance, investigators also observed Darrell Daniel inside the Marlow, Oklahoma Post Office interacting with USPS retail clerks, complaining about the delayed delivery of a recent package he mailed, before departing in the Chrysler 300. I am aware from this ongoing investigation, I previously detained an Express Mail parcel mailed from the Marlow Post Office on April 4, 2024, which was destined to an address in Sacramento, California previously identified in this ongoing investigation, which was suspected of receiving suspicious parcels from Darrell Daniel. The parcel was not seized but was later returned to the mail for normal delivery. The parcel contained fictitious sender and receiver names like others mailed during this investigation. Following the conclusion of the surveillance, a check of USPS business records determined during the April 11th surveillance when Daniel was observed inside the Marlow, Oklahoma Post Office, another parcel was mailed to the same Sacramento, California address.

46.    On April 16, 2024, Inspector Hess swore out a second renewal tracking warrant in the Western District of Oklahoma (24-MJ-340-SM) for the same white Chrysler 300 belonging to Darrell Daniel. Investigators conducted regular monitoring of Darrell Daniel's vehicle between March 8, 2024 and May 22, 2024, when the tracking device was removed. Throughout the monitoring period of the GPS tracking device, GPS data showed Darrell Daniel's Chrysler 300 was regularly parked at the **SUBJECT RESIDENCE**, to include during the overnight hours.

47.    On May 22, 2024, Oklahoma Investigators utilized the GPS tracking device installed on Daniel's Chrysler 300 and again established surveillance in the vicinity of the **SUBJECT RESIDENCE**. During the surveillance, investigators observed a female appearing to be Isabel Hernandez, depart the **SUBJECT RESIDENCE** driving her previously identified Chevrolet sedan registered in her name. During the same surveillance, investigators observed Darrell Daniel depart the **SUBJECT RESIDENCE** driving the Chrysler 300 registered in his name. During the surveillance, investigators observed Darrell Daniel mail a package from a Lawton, Oklahoma post office, bearing a fictitious sender and recipient name, to a previously identified address in Sacramento, California. After photo documenting the parcel, investigators allowed the parcel to continue in the mail stream.

**Cash App Records**

48.     Cash App is a mobile payment service developed by Block Inc. that allows users to transfer money to one another using a mobile phone app. Once a user downloads Cash App, they can choose a unique username, which the company calls a "$cashtag." Additionally, users must enter a phone number or email address. Users can also be located using the phone number or email address tied to their Cash App account. A user can enter their debit card information to link their bank account to their Cash App account. A user may add funds to their Cash App account using a debit card linked to an existing bank account. A user may transfer funds from their Cash App account to their bank account as well. Cash App offers a free Visa-certified debit card, called a Cash Card, that users can request. This debit card can be used at standard retail locations and ATMs to take out cash. Cash Cards have individual transaction and weekly limits. However, a user can increase those limits by verifying their full name, date of birth and the last four digits of their social security number. A user may verify their Cash App account by uploading a picture of their driver's license. Once an account is verified, the user can increase the amount of money a user can send to another user and receive from another user.

49.     In April 2024, your affiant received and began reviewing Cash App account records associated with multiple accounts belonging to Darrell Daniel

and Hernandez.   In each of the Cash App accounts, Darrell Daniel and Hernandez uploaded photos of government issued identifications and the accounts contained their true names, date of births, social security numbers, and associated email addresses and phone numbers.  During the reviews for the accounts of Darrell Daniel, I observed the previously identified and referenced phone numbers in this investigation, 580-560-4721 and 580-786-8151 were both listed on accounts as his contact verification numbers.

50.    In addition, during the reviews, I observed between 2018 and April 2024, both Darrell Daniel and Hernandez had received a large number of transactions and currency from multiple co-conspirators identified in this investigation believed to be receiving firearms shipments from Darrell Daniel and Hernandez. Specifically:

- The verified Cash App account belonging to Joey Serratos from Modesto, California sent over 25 transactions totaling over $15,000.00 dollars to the Cash App accounts belonging to Hernandez and sent over 40 transactions totaling over $20,000.00 dollars to the Cash App accounts belong to Darrell Daniel.  During this ongoing investigation, I conducted reviews of USPS business records and identified over forty suspicious parcels were mailed from Oklahoma between 2020 and 2024, all of which were delivered to the Modesto, California residence belonging to Joey Serratos, including the previously referenced Seizure #1 and Seizure #3,

in which investigators seized five firearms linked to Darrell Daniel and Hernandez. Based on my training and experience and knowledge of this ongoing investigation, I believe the Cash App payments sent from Serratos to Darrell Daniel and Hernandez were payments for firearms and firearms accessories sold by Darrell Daniel and Hernandez in Oklahoma and shipped to and received by Serratos in California via the US Mail.

- The verified Cash App account belonging to Justin Deardorf from Oakdale, California sent over 10 transactions totaling over $10,000.00 dollars to the Cash App account belonging to Darrell Daniel. During this ongoing investigation, I conducted reviews of USPS business records and identified over ten suspicious parcels were mailed from Oklahoma between 2020 and 2024, which were delivered to Oakdale, California addresses linked to Deardorf, including the previously referenced Seizure #8, in which investigators seized three firearms linked to Daniel and Hernandez. Based on my training and experience and knowledge of this ongoing investigation, I believe the Cash App payments sent from Deardorf to Daniel and Hernandez were payments for firearms and firearms accessories sold by Daniel and Hernandez in Oklahoma and shipped to and received by Deardorf in California via the US Mail.

- The verified Cash App accounts belonging to Jonathan Blanton-Alston and Karina Alston from Pinole, California sent over 10 transactions totaling over $15,000.00 dollars to the Cash App account belonging to Darrell Daniel. During this ongoing investigation, I conducted reviews of USPS business records and identified over thirty suspicious parcels were mailed from Oklahoma between 2023 and February 2024, all of which were delivered to two Pinole and San Pablo, California residences belonging to Jonathan Blanton-Alston, including the previously referenced Seizure #9, in which investigators seized five firearms shipped by Darrell Daniel to the Alston's Pinole residence. Based on my training and experience and knowledge of this ongoing investigation, I believe the Cash App payments sent to Darrell Daniel from Jonathan Blanton-Alston and Karina Alston, were payments for firearms and firearms accessories sold by Darrell Daniel and Hernandez in Oklahoma and shipped to and received by Jonathan Blanton-Alston in California via the US Mail.

51. On July 8 and July 9, 2024, Oklahoma Investigators conducted drive by surveillance of the **SUBJECT RESIDENCE**. On July 8th, investigators observed the Chevrolet sedan registered to Hernandez parked in the driveway of the **SUBJECT RESIDENCE**. On July 9th, investigators observed the Chrysler 300 registered to Darrell Daniel parked in the driveway of the **SUBJECT RESIDENCE**. Based on physical surveillance and ongoing

checks of USPS records, no person other than Hernandez and Daniel have been observed coming or going from the **SUBJECT RESIDENCE** or believed to be residing at the **SUBJECT RESIDENCE**.

## Methods and Means of Using the United States Mail

52.    Based on my experience, training, and discussions with other law enforcement officers experienced in drug and firearms investigations, I know that certain indicators exist when persons use the United States Mail to ship controlled substances and firearms from one location to another. Indicators for parcels that contain controlled substances, firearms and/or proceeds from controlled substances include, but are not limited to, the following:

53.    It is common practice for shippers of the controlled substances and firearms to use Priority Mail Express and Priority Mail because the contraband arrives at the destination more quickly and on a predictable date. Priority Mail Express and Priority Mail, when paired with a special service such as delivery confirmation, allow traffickers to monitor the progress of the shipment of controlled substances and firearms. Traffickers pay for the benefit of being able to confirm the delivery of the parcel by checking the Postal Service Internet website and/or calling the post office.

54.    Packages containing controlled substances, firearms or proceeds have, in many instances, a fictitious return address, incomplete return address, no return address, a return address that is the same as the addressee address,

or a return address that does not match the place from which the parcel was mailed. These packages are also sometimes addressed to or from a commercial mail receiving agency (e.g., Mail Boxes Etc.). A shipper may also mail the parcel containing controlled substances from an area different from the return address on the parcel because: (1) the return address is fictitious; or (2) the shipper is attempting to conceal the actual location from which the parcel was mailed. These practices are used by narcotics traffickers to hide from law enforcement officials the true identity of the persons shipping and/or receiving the controlled substances or proceeds.

55.    Individuals involved in the trafficking of controlled substances, firearms and illicit proceeds through the United States Mail will send and receive Express or Priority mailings on a more frequent basis than a normal postal customer. Drug traffickers use Priority Mail Express and Priority Mail at a higher rate due to their frequent exchanges of controlled substances and the proceeds from the sale of these controlled substances.

56.    In order to conceal the distinctive smell of controlled substances from narcotics detection dogs, these packages tend to be wrapped excessively in bubble-pack and wrapping plastic, and are sometimes sealed with the use of tape around all seams. In addition, the parcels often contain other smaller parcels which are carefully sealed to prevent the escape of odors. Perfumes, coffee, dryer sheets, tobacco, or other substances with strong odors are also

sometimes used to mask the odor of the controlled substances being shipped. Drug traffickers often use heat/vacuum sealed plastic bags, and/or re-sealed cans in an attempt to prevent the escape of orders.

57.    California is typically a source state for drugs, especially methamphetamine and marijuana. It is common for individuals in California to mail parcels containing narcotics to other states and then receive mail parcels containing cash payments in return.

58.    Based on my training and experience, I know that parcels shipped by drug and firearm traffickers sometimes contain information and documentation related to the sales and distribution of controlled substances and firearms. The documentation can include, but is not limited to, information and instructions on the breakdown and distribution of the controlled substances and firearms at the destination; information on the use and effects of the various controlled substances; information about the actual sender; pay/owe sheets; and information and instructions for ordering future controlled substances and/or firearms.

59.    Drug and firearms traffickers who use the United States Mail and other carriers as a means of distributing firearms, controlled substances, paraphernalia, and proceeds, and as a means of communicating with co-conspirators often include the following in parcels relating to their trafficking activity, all of which are evidence, fruits, proceeds, and/or instrumentalities of

violations of 18 U.S.C. § 922(a)(1)(A); 18 U.S.C. § 922(a)(5); 18 U.S.C. § 371; 21 U.S.C. § 841(a)(1); 21 U.S.C. § 843(b), and 21 U.S.C. § 846:

a. Controlled substances, including heroin, cocaine, methamphetamine, and marijuana.

b. Packaging, baggies, and cutting agents, including items used to conceal the odor of narcotics, such as perfumes, coffee, dryer sheets, tobacco, or other substances with a strong odor.

c. Records reflecting the mailing or receipt of packages through Priority Mail Express, Priority Mail, Federal Express, UPS, or any other common carrier.

d. United States and foreign currency, securities, precious metals, jewelry, stocks, bonds, including financial records related to the laundering of illicitly obtained monies and/or other forms of assets, including United States currency acquired through the sales, trafficking, or distribution of controlled substances.

e. Records reflecting or relating to the transporting, ordering, purchasing, and/or distribution of controlled substances or firearms, including but not limited to books, receipts, notes, ledgers, pay and owe sheets, correspondence, records noting price, quantity, date and/or times when controlled substances

42

or firearms were purchased, possessed, transferred, distributed, sold or concealed.

f.  Records reflecting or relating to co-conspirators, including but not limited to personal notes, correspondence, cables, telegrams, personal address lists, listings of telephone numbers, and other items reflecting names, addresses, telephone numbers, communications, and illegal activities of associates and conspirators in controlled substance or firearms trafficking activities.

g.  Indicia or other forms of evidence showing dominion and control, or ownership of mail parcels, locations, vehicles, storage areas, safes, lock boxes, and/or containers related to the storage of controlled substances, firearms or proceeds.

## CONCLUSION

60.  In sum, based on my training, experience, and knowledge of the investigation, I believe that Darrell Daniel and Isabel Hernandez are responsible for the trafficking of firearms from the Western District of Oklahoma to California and the shipment of marijuana from California to the Western District of Oklahoma. Moreover, based on my training and experience, I know that the primary residence of a drug and firearms traffickers, such as Darrell Daniel and Hernandez, is the most likely place to locate evidence of

their crimes, including documentary evidence such as drug and firearms ledgers and phone lists identifying co-conspirators, as well as weapons, drugs, and drug proceeds. Further, I know that people involved in drug and firearms trafficking—particularly at the level discussed herein—are likely to continue to engage in drug and firearms trafficking, and often only cease when confronted by law enforcement. Indeed, this affidavit documents the on-going drug and firearms trafficking activities that have spanned over three years. Consequently, they are apt to keep evidence of their crimes in their primary residence. I thus believe that there is probable cause to believe that the **SUBJECT RESIDENCE** will contain evidence, contraband, fruits, or instrumentalities of violations of violations of 18 U.S.C. § 922(a)(1)(A) (unlawful dealing in firearms), 18 U.S.C. § 922(a)(5) (unlawful transfer of firearms across state lines), 18 U.S.C. § 371 (conspiracy to unlawfully deal in firearms), 21 U.S.C. § 841(a)(1) (manufacturing, possessing, and distributing controlled substances), 21 U.S.C. § 843 (illegal use of the mails in furtherance of drug

trafficking), and 21 U.S.C. § 846 (drug conspiracy). I therefore respectfully request issuance of a search warrant for the **SUBJECT RESIDENCE** (as set forth in Attachment A) based on the above-mentioned facts.

**FUTHER THE AFFIANT SAYETH NOT.**

JASON BAUWENS
Inspector
U.S. Postal Inspection Service

Subscribed and sworn to me telephonically this ___19Th___ day of July 2024.

SUZANNE MITCHELL
United States Magistrate Judge

## Attachment A

### PROPERTY TO BE SEARCHED

### 11 SW 50th Street, Lawton, Oklahoma 73505



The property to be searched is located at 11 SW 50th Street, Lawton, Oklahoma 73505 (the **SUBJECT RESIDENCE**), which is further described as a one story, single family residential house with red brick and a brown shingle roof. The front door of the residence is white in color, faces SW 50th Street and has a black mailbox affixed to the residence immediately adjacent the front door. There is an attached two car garage that is light brown in color. The residence is not marked with the assigned house number but the adjacent residence to the north is clearly marked with the number '9' and the adjacent residence to the south is clearly marked with the number '13', indicating this property is supposed to be posted with the number '11'.

## **Attachment B**

## **ITEMS TO BE SEIZED**

The items to be seized are evidence, contraband, fruits, or instrumentalities of violations of 18 U.S.C. § 922(a)(1)(A) (unlawful dealing in firearms), 18 U.S.C. § 922(a)(5) (unlawful transfer of firearms across state lines), 18 U.S.C. § 371 (conspiracy to unlawfully deal in firearms), 21 U.S.C. § 841(a)(1) (manufacturing, possessing, and distributing controlled substances), 21 U.S.C. § 843 (illegal use of the mails in furtherance of drug trafficking), and 21 U.S.C. § 846 (drug conspiracy), namely:

1. Any and all firearms;

2. Any items pertaining to or involved in the possession, manufacture, or distribution of firearms, including firearms parts and accessories and ammunition;

3. Any tools and/or equipment associated with the manufacture of firearms, including but not limited to drills, drill presses, lathes, welding equipment, jigs, hack saws, power saws, templates, diagrams, instruction manuals, pamphlets, or other tutorial material regarding the manufacture of firearms;

4. Photographs or recordings of firearms, firearm transactions, firearm parts, large sums of money and/or co-conspirators and paperwork showing the purchase, storage, disposition, or dominion and control over any firearms, firearm parts, ammunition, or any of the items described in Attachment B;

1

5.    Records relating to the acquisition and distribution and repair of firearms, firearms parts, tools and/or equipment associated with firearms, including ATF Forms 4473, books, receipts, invoices, notes, bills of sale, ledgers, and pay/owe sheets;

6.    Personal telephone books, telephone records, telephone bills, address books, correspondence, notes, and papers containing names and/or telephone numbers that tends to establish communication between co-conspirators;

7.    Any and all records reflecting the sending or receiving of packages through Express Mail, Priority Mail, Federal Express, UPS, or any other common carrier;

8.    United States currency in excess of $1,000, including any and all financial records to facilitate the investigation of the laundering of illicitly obtained monies and/or other forms of assets, including United States currency acquired through the sales and/or trafficking of firearms;

9.    Tax returns, pay stubs, financial documentation, receipts for firearm purchases/sales, documents evidencing the accumulation of income and disposition of earnings, including but not limited to firearm purchases;

10.   Documentation evidencing the attendance at gun shows, including but not limited to ticket stubs, payments to gun shows, promotional materials and written and/or electronic correspondence with gun shows;

11.   Rental or lease agreements for storage units, safety deposit boxes, other storage locations, keys, combinations, and/or access codes for them;

2

12. Indicia of occupancy, residency, and/or ownership of the items noted above and of the premises, including but not limited to, papers, correspondence, envelopes, postcards, bills, and registration documents;

13. Any safes, locked cabinets, and/or other secured containers and/or devices at the locations and in/on vehicles. Law enforcement shall be permitted to open such locked containers by force or through the use of a locksmith if necessary;

14. Marijuana or any other controlled substances;

15. Documents and items demonstrating the possession, importation, exportation, and/or distribution of controlled substances and illegal proceeds, including invoices, shipping labels, tracking numbers, boxes, envelopes, and packaging materials;

16. Books, receipts, notes, ledgers, and other forms of records evidencing drug distribution activities, including "pay/owe sheets";

17. Cash, financial instruments, crypto currency, cold storage wallets, precious metals, jewelry, and other items of value which represent either the proceeds from drug or firearm sales or are intended for the purchase of firearms, controlled substances or controlled substance analogues; as well as evidence of ownership of real estate, vehicles, and businesses, including any and all financial records to facilitate the investigation of the laundering of illicitly obtained monies and/or other forms of assets;

18. Books, records, invoices, receipts, records of real estate transactions, bank statements and related records, passbooks, money drafts, letters of credit, money orders, bank drafts, cashier's checks, bank checks, wire transfer receipts, safe deposit box keys, money wrappers, evidence of the

use of digital currency, and other items evidencing the obtaining, secreting, transferring, and/or concealment of assets and the obtaining, secreting, transferring, concealment, and/or expenditure of money;

19.   Lists of names, aliases, telephone numbers, physical addresses, and email addresses, and any other related identifying information of possible co-conspirators, possible sources of supply, possible customers, financial institutions, and other individuals or businesses with whom a financial relationship exits;

20.   Documents evidencing travel by air, bus, car, rental car, or other means, such as calendars, travel itineraries, maps, airline ticket and baggage stubs, frequent use club membership information and records associated with airlines, rental car companies, and/or hotels, airline, hotel and rental car receipts, credit card bills and receipts, photographs, videos, passports, and visas;

21.   Two-way radios, police scanners, video surveillance systems, and other counter surveillance equipment to prevent detection by law enforcement;

22.   Cellular telephones;

23.   Computers or electronic storage media.